UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | VIOLATIONS: 03-10370-DPW |
| | ) | 21 U.S.C. § 846 - |
| v. | ) | Conspiracy to Possess |
| | ) | With Intent to Distribute |
| 1. DOUGLAS BANNERMAN, | ) | And to Distribute Marijuana |
| 2. KURT WALTER, | ) | |
|    (a/k/a "Cort") | ) | 21 U.S.C. §841 - |
| 3. GARY NEWELL, | ) | Possession of Marijuana with |
| 4. DANIEL MACAULEY, | ) | Intent to Distribute and |
| 5. JOHN MCCARTHY, | ) | Distribution of Marijuana |
| 6. JOHN GRAHAM, | ) | |
|    (a/k/a "JG" or "G-Man"), | ) | 18 U.S.C. §1956(a)(1) - |
| 7. SCOTT MYERS, and | ) | Money Laundering |
| 8. JOSE VEZGA, | ) | |
|    Defendants. | ) | |

**GOVERNMENT'S MOTION TO SEAL INDICTMENT**

The United States Attorney hereby respectfully moves the Court to seal the indictment in this case, except with respect to defendants following their arrest, and with respect to Pretrial Services. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendants, but that arrested defendants must receive the indictment to be advised of its charges, and that Pretrial Services requires copies of the indictment to review the charges and make custody recommendations to the Court.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: _____
RACHEL E. HERSHFANG
Assistant U.S. Attorney

Dated: December 4, 2003

*[Handwritten in margin: December 4, 2003. Allowed. Mariamne B. Bowler, USMJ]*