UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL COMPLAINT
M.J. No. 2003M0454RBC

03 CR 10370 - DPW

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN GRAHAM, ET AL. | ) |

## DEFENDANT JOHN GRAHAM'S MOTION FOR LEAVE OF COURT TO TRAVEL OUTSIDE THE COMMONWEALTH

Now comes the Defendant John Graham, and moves this Honorable Court to grant him leave to travel outside the Commonwealth of Massachusetts for business related matters on two occasions in January, 2004.

1. Specifically, the Defendant requests leave to travel to Newport Rhode Island, for a day trip, on January 8, 2004 for the purpose of meeting with the Newport Preservation Society for a previously scheduled business meeting. The Defendant would return to Massachusetts on the evening of January 8, 2004.

2. The Defendant also requests leave to travel to New York City on January 19, 2004, for a previously scheduled business meeting with the National Trust for Historic Preservation, which meeting is scheduled for January 20, 2004, in New York City. The Defendant would spend the night of January 19th in New York and return to Massachusetts on the evening of January 20, 2004.

3. In support of this request is the fact that both matters involve a business purpose and are reasonably necessary for the Defendant to attend.

*Allowed [illegible signature]*

DEC 22 2003

WHEREFORE, the Defendant John Graham moves this Honorable Court to grant him leave to travel outside the Commonwealth of Massachusetts as hereinabove requested.

                                                Respectfully submitted,
                                                JOHN GRAHAM
                                                By his attorney,

                                                William D. Crowe – BBO No. 106960
                                                Adam A. Rowe – BBO No. 64885
                                                CROWE & DUNN
                                                141 Tremont Street, 8th Floor
                                                Boston, Massachusetts 02111
Dated: December 22, 2003                   (617) 367-6767