UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL COMPLAINT
M.J. No. 2003M0454RBC

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN GRAHAM, ET AL. | ) |

## APPEARANCE OF COUNSEL

TO THE CLERK:

Kindly enter my appearance as counsel of the Defendant, John S. Graham, Jr., in the above entitled matter.

Respectfully submitted,
JOHN GRAHAM
By his attorney,

William D. Crowe – BBO No. 106960
CROWE & DUNN
141 Tremont Street, 8th Floor
Boston, Massachusetts 02111
(617) 367-6767

Adam A. Rowe – BBO No. 64885
CROWE & DUNN
141 Tremont Street, 8th Floor
Boston, Massachusetts 02111
(617) 367-6767

Dated: February 9, 2004