UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL COMPLAINT
M.J. No. 2003M0454RBC
CR 10370 DPW

UNITED STATES )
)
v. )
)
JOHN S. GRAHAM, JR. )
ET AL )

2-9-04

### DEFENDANT JOHN S. GRAHAM, JR.'s MOTION FOR BUSINESS RELATED TRAVEL

Now comes the Defendant, John S. Graham, Jr., in the above-entitled matter respectfully requesting this Honorable Court to expand the conditions of his pretrial release terms to permit for business related travel to Newport, Rhode Island and New York City, New York.

1.     In support of this motion the Defendant states that the requested travel is essential and necessary in furtherance of his livelihood. Specifically, John S. Graham, Jr. is the President of Preservation International, Inc., a Massachusetts corporation, with its offices located at 15 River Street, Boston, Massachusetts. The Defendant respectfully requests permission to travel to Newport, Rhode Island, in order to pursue and preserve a contractual relationship between the Preservation Society of Newport County and the Defendant's company, Preservation International, Inc. In November 2003, Preservation International, Inc.'s corporate predecessor entered into an agreement with the Preservation Society of Newport County related to the design, facilitation and oversight of custom, handmade carpeting related to the Newport Mansion Collection. The



[Handwritten margin annotations, partially legible:]
FEB - 9 2004
ALLOWED provided that the defendant notifies pre-trial services before he travels and notifies pre-trial services upon his return...

defendant's travel to Newport, Rhode Island, which is in close proximity to Massachusetts, could involve day trips that would not interfere with the other terms of his release.

2.     Additionally, the Defendant, John S. Graham, Jr., would respectfully request leave to travel to New York, City, two days per month, for business related purposes concerning Defendant's company, Preservation International, Inc. Preservation International, Inc. is currently involved with a project involving the National Trust for Historic Preservation, 1785 Massachusetts Avenue, NW, Washington, D.C. and MODA International Marketing. Said project involves the design, facilitation and oversight of custom, handmade carpeting. Additionally, Preservation International, Inc. is currently involved in marketing its services to other New York based businesses. The Defendant's travel to New York could be limited to two consecutive days per month. Such travel would not unduly interfere with the other terms of his release.

3.     The Defendant, John S. Graham, Jr., is the President and sole employee of Preservation International, Inc. It is, therefore, essential that he personally attend the contemplated meetings.

Respectfully submitted,
JOHN S. GRAHAM, JR.
By his attorneys,

William D. Crowe – BBO No. 106960
Adam A. Rowe – BBO No. 64885
CROWE & DUNN
141 Tremont Street, 8th Floor
Boston, Massachusetts 02111
(617) 367-6767

Dated: February 9, 2004

2

## CERTIFICATE OF SERVICE

I, William D. Crowe, Esq., hereby certify that I have this 9th day of February, 2004, delivered a true copy of the foregoing document entitled Defendant John S. Graham's Motion for Business Related Travel, via hand facsimile and/or hand delveiry upon the following persons or entities:

September-Lee Brown, Officer
Unites States Pretrial Services
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Rachel E. Hersfang, AUSA
Michael J. Sullivan, United States Attorney
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

William D. Crowe, Esq.