# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

     v.                        CRIMINAL NO. 2003-10370-DPW-06

JOHN GRAHAM,
        Defendant.

## ORDER
## AMENDING CONDITIONS OF RELEASE

COLLINGS, U.S.M.J.

    After hearing, it is ORDERED that the Conditions of Release set in this case on December 3, 2003 be, and the same hereby are, AMENDED to the extent that the following Conditions of Release are ADDED:

> The defendant shall surrender his Massachusetts Driver's License to Pre-Trial Services FORTHWITH and shall not apply for driving privileges to either the Commonwealth of Massachusetts or any other jurisdiction while on release.
>
> The defendant shall not operate a motor vehicle while on release.

    All other conditions of release set on December 3rd remain in full force

and effect.

Review of the within Order may be had by the defendant filing a motion pursuant to 18 U.S.C. Sec. 3145(a) seeking review by Judge Woodlock.

/s/ Robert B. Collings
_____ROBERT B. COLLINGS
          United States Magistrate Judge


Date: June 17, 2004.