AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

UNITED STATES OF AMERICA

V.

JOHN GRAHAM

**WARRANT FOR ARREST**

Case Number: 03cr10370 DPW

**ORIGINAL**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOHN GRAHAM _____
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  x Violation   ☐ Probation Violation Petition

charging him or her    (brief description of offense)

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

in violation of _____ United States Code, Section(s) _____

GINA AFFSA
Name of Issuing Officer

Deputy Clerk to the Honorable Robert B. Collings
Title of Issuing Officer

Signature of Issuing Officer

June 10, 2004
Date and Location

Bail fixed at $ _____ by _____
                            Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ AT PRE-TRIAL SERVICES, BOSTON MA. |

| DATE RECEIVED 6-17-04 | NAME AND TITLE OF ARRESTING OFFICER JEFF CHRISTO - DUSM | SIGNATURE OF ARRESTING OFFICER Jeff Christo |
|---|---|---|
| DATE OF ARREST 6-1204 | | |