UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL COMPLAINT
M.J. No. ~~2003M0454RBC~~

FILED
IN CLERKS OFFICE
2004 SEP 21  P 12: 34
U.S. DISTRICT COURT
DISTRICT OF MASS.

03-10370-DPW

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN GRAHAM, ET AL. | ) |

### DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE NON- DISCOVERY MOTIONS

Now comes William D. Crowe, Esq., counsel for the defendant John S. Graham, Jr., in the above captioned matter and respectfully requests that this Honorable Court permit him to have an additional sixty (60) days to file the defendant's non-discovery motions, which are presently due September 22, 2004. It is this undersigned counsel's understanding that Assistant United States Attorney Rachel Hershfang has no objection to a similar request made by counsel for the codefendant, Jose Vezga.

Counsel so requests an enlargement of time because this is a complex case charging a drug distribution conspiracy with eight codefendants. To date, counsel has received over five thousand pages of discovery. There are numerous search warrants - for dwellings, storage areas, cars, and voice mailboxes - associated with the case, and numerous court-authorized interceptions of wire, electronic, and/or oral communications. While counsel has reviewed all the paper discovery, he has not yet completed reviewing all the tapes and videotapes associated with the case. It appears to counsel that his client, John S. Graham, Jr., is alleged to be minor participant in the conspiracy, and the evidence against his client appears to be minimal. For this reason, motions to suppress evidence relating to court-

interceptions of wire, electronic and/or oral communications may be critical to this defendant's case.

In conclusion, in spite of counsel's best efforts, he has not been able to complete the task of reviewing all discovery in this case and assessing the defendant's potential motions, including motions to suppress court-authorized interceptions of wire communications. Counsel, therefore, respectfully requests the additional time in order to complete this work.

> Respectfully submitted,
> JOHN S. GRAHAM, JR.
> By his attorney,
>
> /s/ William D. Crowe
> _____
> William D. Crowe – BBO No. 106960
> Adam A. Rowe – BBO No. 634885
> CROWE & DUNN
> 141 Tremont Street, 8th Floor
> Boston, Massachusetts 02111
> (617) 367-6767

## CERTIFICATE OF SERVICE

I, Adam A. Rowe, Esq., hereby certify that I have this 20th day of September, 2004, delivered a true copy of the foregoing document via first class mail upon the following persons or entities:

September-Lee Brown, Officer
Unites States Pretrial Services
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Rachel E. Hersfang, AUSA
Michael J. Sullivan, United States Attorney
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Adam A. Rowe, Esq.