UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

~~CRIMINAL COMPLAINT~~
~~M.J. No. 2003M0454RBC~~

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN GRAHAM, ET AL. | ) |

**DEFENDANT'S MOTION TO REQUEST MASSACHUSETTS REGISTRY OF MOTOR VEHICLES TO REINSTITUTE DRIVING PRIVILEGES**

Now comes the Defendant John Graham in the above-entitled matter respectfully requesting this Honorable Court to rescind its previous order requiring the Defendant to surrender his license. The Defendant specifically requests that he be permitted to petition the Massachusetts Registry of Motor Vehicle for reinstatement of his privilege to operate at such time as he deems appropriate. In support of this motion is the following:

(1) On June 17, 2004, after hearing, the Defendant's conditions of release were amended to require the following additional terms:

(a) The Defendant was to surrender his Massachusetts driver's license to pretrial services forthwith;

(b) The Defendant was ordered not to apply for driving privileges in either the Commonwealth of Massachusetts or any other jurisdiction while on release; and

(c) The Defendant was ordered not to operate a motor vehicle while on release.

(2) These conditions were imposed after a hearing on June 17, 2004 that was requested by the Defendant's pretrial service officer, September-Lee Brown. Ms. Brown requested the hearing after the Defendant indicated to her that he had been charged in Rhode Island with operating under the influence and speeding.

(3) On July 9, 2004, the above-referenced charge of driving while under the influence of alcohol, second offense, was dismissed. (*See* attached criminal complaint with docket entries). On July 7, 2004, at the Rhode Island Traffic Tribunal, Mr. Graham admitted that he failed to submit to a chemical test and as a result his privileges to operate a motor vehicle in Rhode Island were suspended for six (6) months. He was also required to participate in a DWI program, pay fines and court costs, and perform community service. A speeding summons was dismissed.

(4) On July 27, 2004, Mr. Graham's Motion to Expunge Criminal Records related to his arrest was allowed. (*See* attached Order).

WHEREFORE, the Defendant respectfully requests that this Honorable Court approve his request.

Respectfully submitted,
JOHN GRAHAM
By his attorney,

William D. Crowe – BBO No. 106960
Adam A. Rowe – BBO No. 634885
CROWE & DUNN
141 Tremont Street, 8th Floor
Boston, Massachusetts 02111
Dated: September 28, 2004                    (617) 367-6767

## CERTIFICATE OF SERVICE

I, William D. Crowe, hereby certify that I have this 28th day of September, 2004, delivered a true copy of the foregoing document entitled *Defendant's Motion to Request Massachusetts Motor Vehicles to Reinstitute Driving Privileges* hand-delivery upon the following persons or entities:

September-Lee Brown, Officer
Unites States Pretrial Services
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Rachel E. Hersfang, AUSA
Michael J. Sullivan, United States Attorney
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

_____
William D. Crowe

# STATE OF RHODE ISLAND DISTRICT COURT CRIMINAL COMPLAINT

**DISTRICT COURT NO:** 2004 091197
**COURT DIVISION:** 2nd
**POLICE NO:** 04-338 AR

**STATE EX REL VS. DEFENDANT (NAME AND ALIAS):** John S. Graham
**DEFENDANT ADDRESS AND PHONE:** 282 Montvale Ave Woburn MA.

**DEF. D.O.B.:** 4-9-61
**DEF. SOC. SEC. NO.:** 019560487
**DEF. M.V. LIC. NO.:** 019560487 MA

**OFFENSE DATE:** 6-5-04   XX DRIVERS DATE
**OFFICER/COMPLAINANT:** Sgt Frank Kluth
**POLICE DEPT/COMPLAINANT ADDRESS:** Middletown Police Department, 9 # Berkeley Ave Middletown RI. 02842

01302008932    @11087402

**TO ANY JUDGE OR JUSTICE OF THE PEACE:** ON BEHALF OF THE STATE I SWEAR THAT THE ABOVE DEFENDANT DID COMMIT THE FOLLOWING OFFENSES:

**OFFICER/COMPLAINANT:** [signed]   **DATE:** 6/5/04
**SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE:** F.J. Flanagan   **DATE:** 5 JUN 04

## INITIAL APPEARANCE

## ARRAIGNMENT

**ARRAIGNMENT DATE:** 5 JUN 04
**ADVISED OF RIGHTS:** ☒ YES ☐ NO
**JURY TRIAL WAIVED:** ☒ YES ☐ NO
**PLEA COUNT 1:** NG
**BAIL FOR ALL COUNTS:** $200 w/s
**JUDGE/JUSTICE OF THE PEACE:** F.J. Flanagan

### COUNT 1
**STATUTE(S) VIOLATED:** 31-27-2   ☒ MISDEMEANOR

Did then and there operate a motor vehicle in this state: while under the influence of intoxicating liquor and or drugs; in violation of Titel 31, Chapter 27, Section 2 of the General Laws of Rhode Island as Amended. After having been convicted of DWI in Massachusetts on 1/14/00 SECOND OFFENSE

**DISPOSITION:** ☒ DISMISSAL
**SENTENCE IMPOSED:** 48c1
**PROCEEDING:** ☒ PRE TRIAL
**DATE:** 5/9/04

### COUNT 2
(blank)

### COUNT 3
(blank)

**CASE TYPE:** ☐ DOMESTIC VIOLENCE

COURT COPY

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

NEWPORT, SC

DISTRICT COURT
SECOND DIVISION

STATE OF RHODE ISLAND

Vs.

CA.NO. 21-04-1197

JOHN GRAHAM
DOB 04/09/61

DOA: 06/05/04
OFFENSE: DUI

## ORDER

This matter came to be heard on the 27 day of July, 2004, in the District Court noted above, Judge Forum presiding, on the Defendant's Motion to Expunge Criminal Record; and after a hearing thereon, it is hereby **ORDERED, ADJUDGED** and **DECREED**:

1) That any fingerprints, photographs, physical measurements or other record of identification taken by the arresting police department and the Department of Attorney General, shall be destroyed by the Office or Department having custody or possession thereof within forty-five (45) days of this Order pursuant to RIGL 12-1-12.1.

2) That the court records of said defendant be sealed within forty-five (45) days of this Order pursuant to RIGL 12-1-12.1(d).

ENTER as an Order of this Court this 27 day of July, 2004.

ENTERED:

_____ J.

ORDERED:

Susan M Caldarone
Clerk of the Court

PRESENTED BY:

_____
Attorney for the Defendant
Christopher S. Gontarz, Esq.
314 Oliphant Lane
Middletown, Rhode Island 02842
401-847-5684
Rhode Island Bar # 3124

A TRUE COPY ATTEST
Susan M Caldarone
CLERK, DISTRICT COURT