UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL COMPLAINT
No. 03CR10370-DPW

UNITED STATES           )
                        )
v.                      )
                        )
JOHN GRAHAM, ET AL.     )

**DEFENDANT JOHN GRAHAM'S MOTION TO JOIN IN THE DEFENDANT'S**
**MOTION TO SUPPRESS EVIDENCE PRODUCED BY WIRETAP ORDERS**

Now comes the Defendant, John S. Graham, Jr., in the above captioned matter and

moves this Honorable Court to allow him to join in the Defendant's Motion to Suppress

Evidence Produced by Wiretap Orders, filed on behalf of the Defendant Douglas

Bannerman.  In support hereof, counsel for the Defendant, John S. Graham, Jr., states the

following.

1.      The Defendant, John S. Graham, Jr., is an aggrieved person under the definition of

        18 U.S.C.A. § 2510 (11).

2.      Allowing said Defendant to join in the motion will help facilitate the administration

        of justice.

WHEREFORE, the Defendant John S. Graham, Jr., moves this Honorable Court to allow him to join in the Defendant's Motion to Suppress Evidence Produced by Wiretap Orders, filed on behalf of the Defendant Douglas Bannerman.

> Respectfully submitted,
> JOHN GRAHAM, JR.
> By his attorney,
>
>
> _____
> William D. Crowe – BBO No. 106960
> Adam A. Rowe – BBO No. 634885
> CROWE & DUNN
> 141 Tremont Street, 8th Floor
> Boston, Massachusetts 02111
> (617) 367-6767

**CERTIFICATE OF SERVICE**

I, Adam A. Rowe, Esq., hereby certify that I have this 22nd day of September, 2004, delivered a true copy of the same to counsel of record via first class mail.

_____
Adam A. Rowe