JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Daniel Macauley

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     **Category No.** _I_     **Investigating Agency** _DEA_

**City** _Boston_     **Related Case Information:**

**County** _Suffolk_

Superseding Ind./ Inf. _X_     Case No. _03-10370-DPW_
Same Defendant _X_     New Defendant
Magistrate Judge Case Number _03-0454-RBC_
Search Warrant Case Number _03-0455-61, 0477, 0479-84-RBC_
R 20/R 40 from District of

**Defendant Information:**

Defendant Name _John J. McCarthy_     Juvenile: ☐ Yes ■ No

Alias Name

Address _32 Juniper Street, Brookline, MA_

Birthdate: _1964_    SS # _____    Sex: _Male_    Race: _____    Nationality: _____

**Defense Counsel if known:** _____    Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA _Rachel E. Hershfang/Denise J. Casper_    Bar Number if applicable _____

**Interpreter:** ☐ Yes ■ No    List language and/or dialect: _____

**Matter to be SEALED:** ■ Yes ☐ No

■ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence _____ ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _12/03_

**Charging Document:** ☐ Complaint    ☐ Information    ■ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ■ Felony _1_

Continue on Page 2 for Entry of U.S.C. Citations

■ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _October 28 2004_     Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    John J. McCarthy.

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

bannerjs45.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**  Category No. __I__   Investigating Agency __DEA__

City __Boston__

County __Suffolk__

**Related Case Information:**
Superseding Ind./ Inf.  __X__   Case No. __03-10370-DPW__
Same Defendant __X__   New Defendant _____
Magistrate Judge Case Number __03-0454-RBC__
Search Warrant Case Number __03-0455-61, 0477, 0479-84-RBC__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __John Graham__   Juvenile: ☐ Yes  ■ No

Alias Name _____

Address _____

Birthdate: __1961__   SS # _____   Sex: __Male__   Race: _____   Nationalit __Canadian__

**Defense Counsel if known:** _____   Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA __Rachel E. Hershfang/Denise J. Casper__   Bar Number if applicable _____

Interpreter:  ☐ Yes  ■ No   List language and/or dialect: _____

Matter to be SEALED:  ■ Yes  ☐ No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date __12/2/03__

☐ Already in Federal Custody as of __12/2/03__ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:  Ordered by: __MJ Collings__  on __12/3/03__

**Charging Document:**  ☐ Complaint   ☐ Information   ■ Indictment

**Total # of Counts:**  ☐ Petty ___  ☐ Misdemeanor ___  ■ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

■ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __October 28, 2004__   Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   John Graham

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

bannerjs45.wpd - 2/7/02

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**       Category No. __I__       Investigating Agency __DEA__

City __Boston__       **Related Case Information:**

County __Suffolk__

Superseding Ind./ Inf. __X__       Case No. __03-10370-DPW__
Same Defendant __X__       New Defendant _____
Magistrate Judge Case Number __03-0454-RBC__
Search Warrant Case Number __03-0455-61, 0477, 0479-84-RBC__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Scott Myers__       Juvenile:   ☐ Yes   ■ No

Alias Name _____

Address __405 Columbus Avenue, Boston, MA__

Birthdate: __1968__   SS # _____   Sex: __Male__   Race: __White__   Nationality: _____

**Defense Counsel if known:** _____       Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA __Rachel E. Hershfang/Denise J. Casper__       Bar Number if applicable _____

Interpreter:   ☐ Yes   ■ No       List language and/or dialect: _____

**Matter to be SEALED:**   ■ Yes   ☐ No

■ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

Arrest Date _____

x  Already in Federal Custody as of   __12/03__   in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ■ Indictment

**Total # of Counts:**   ☐ Petty ———   ☐ Misdemeanor ———   ■ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

■ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __October 28, 2004__       Signature of AUSA: __[signature]__

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Scott Myers

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

bannerjs45.wpd - 2/7/02

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:** Category No. **I** Investigating Agency **DEA**

**City** Boston     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. **X**    Case No. **03-10370-DPW**
Same Defendant **X**    New Defendant
Magistrate Judge Case Number **03-0454-RBC**
Search Warrant Case Number **03-0455-61, 0477, 0479-84-RBC**
R 20/R 40 from District of

## Defendant Information:

**Defendant Name** Jose Vezga    Juvenile: ☐ Yes ■ No

**Alias Name**

**Address** 11 Melrose Avenue, Wakefield, MA

**Birthdate:** 1958   **SS #**   **Sex:** Male   **Race:** Hispanic   **Nationality** Venezuela

**Defense Counsel if known:**    **Address**

**Bar Number**

## U.S. Attorney Information:

**AUSA** Rachel E. Hershfang/Denise J. Casper   Bar Number if applicable

**Interpreter:** ☐ Yes ■ No   List language and/or dialect:

**Matter to be SEALED:** ■ Yes ☐ No

☐ Warrant Requested    ☐ Regular Process    **X** In Custody

## Location Status:

**Arrest Date** 12/3/03

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
**X** On Pretrial Release: Ordered by: MJ Collings on 12/3/03

**Charging Document:** ☐ Complaint ☐ Information ■ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ■ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

■ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 28, 2004    Signature of AUSA: *[signature]*

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Jose Vezga

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

bannerjs45.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

**Place of Offense:**
- City: Boston
- County: Suffolk

Category No.: I    **Investigating Agency:** DEA

**Related Case Information:**
- Superseding Ind./Inf.: X    Case No. 03-10370-DPW
- Same Defendant ____ New Defendant: X
- Magistrate Judge Case Number: 03-0454-RBC
- Search Warrant Case Number: 03-0455-61, 0477, 0479-84-RBC
- R 20/R 40 from District of: ____

**Defendant Information:**
- Defendant Name: Frank Giglio
- Juvenile: ☐ Yes  ■ No
- Alias Name:
- Address:
- Birthdate: ____ SS #: ____ Sex: Male  Race: White  Nationalit: ____

**Defense Counsel if known:** ____  Address: ____
Bar Number: ____

**U.S. Attorney Information:**
- AUSA: Rachel E. Hershfang/Denise J. Casper   Bar Number if applicable: ____
- Interpreter: ☐ Yes  ■ No   List language and/or dialect: ____
- Matter to be SEALED: ■ Yes  ☐ No
- X Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**
Arrest Date: ____
- ☐ Already in Federal Custody as of ____ in ____
- ☐ Already in State Custody at ____  ☐ Serving Sentence  ☐ Awaiting Trial
- ☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☐ Complaint  ☐ Information  ■ Indictment
**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 28, 2004   Signature of AUSA: [signature]

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Frank Giglio

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____