# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                                    CRIMINAL NO. 2003-10370-DPW-06

JOHN GRAHAM, ET AL,
        Defendants.

## ORDER AMENDING CONDITIONS OF RELEASE

COLLINGS, U.S.M.J.

     The above captioned matter came before this Court for hearing on the Defendant John Graham's Motion for Court to Lift Driving Restriction. After hearing, said motion is ALLOWED. It is hereby ORDERED that the prior restrictions imposed by this Court in its Order Setting Conditions of Release on defendant Graham's right to seek his license from the Commonwealth of Massachusetts be, and the same hereby are, VACATED. Defendant Graham may seek and obtain his license in accordance with the rules and regulations of the Massachusetts Registry of Motor Vehicles. In the event that defendant obtains his license to operate from the Massachusetts Registry of Motor

Vehicles, he may operate a motor vehicle in accordance with such license.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

February 8, 2005.