```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

                              )    Cr. No. 03-10370-DPW
                              )
UNITED STATES OF AMERICA      )    VIOLATION:
                              )
            v.                )    21 U.S.C. § 844 -
                              )      Possession of marijuana
JOHN GRAHAM                   )
                              )
```

### SUPERSEDING INFORMATION

**COUNT ONE:**    (21 U.S.C. § 844 - Possession of marijuana)

The United States Attorney charges that:

On or about July 30, 2003, in Brookline, in the District of Massachusetts, and elsewhere,

JOHN GRAHAM,

defendant herein, did knowingly and intentionally possess marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 844(a)(1).

```
                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  [signature]
                              RACHEL E. HERSHFANG
                              Assistant U.S. Attorney
```

⎦JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**    **U.S. District Court - District of Massachusetts**

**Place of Offense:**    Category No.  II    Investigating Agency  DEA

City    Boston    **Related Case Information:**

County    Suffolk    Superseding Ind./ Inf.  X    Case No.  03-10370-DPW
Same Defendant  X    New Defendant
Magistrate Judge Case Number    03-0454-RBC
Search Warrant Case Number    03-0455-61, 0477, 0479-84-RBC
R 20/R 40 from District of

**Defendant Information:**

Defendant Name    John Graham    Juvenile:  ☐ Yes  ■ No

Alias Name

Address

Birthdate:  1961    SS #    Sex: Male    Race:    Nationalit  Canadian

**Defense Counsel if known:**    William Crowe 617-367-6767    Address

Bar Number

**U.S. Attorney Information:**

AUSA    Rachel E. Hershfang    Bar Number if applicable

Interpreter:  ☐ Yes  ■ No    List language and/or dialect:

Matter to be SEALED:    Yes  ■ No

☐ Warrant Requested    ■ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date    12/2/03

☐ Already in Federal Custody as of    12/2/03    in
☐ Already in State Custody at    ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:  Ordered by:  MJ Collings    on  12/3/03

**Charging Document:**    ☐ Complaint    ☐ Information    ■ Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

■    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  September 7, 2005    Signature of AUSA:  [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   John Graham

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 844 | Possession of marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS45 for indictment.wpd - 2/7/02