UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 03-10370-DPW |
| | ) | |
| | ) | VIOLATIONS: |
| | ) | 21 U.S.C. § 846 - |
| v. | ) | Conspiracy to Possess |
| | ) | With Intent to Distribute |
| 1. DOUGLAS BANNERMAN, | ) | And to Distribute Marijuana |
| 2. KURT WALTER, | ) | |
|   (a/k/a "Cort") | ) | |
| 3. GARY NEWELL, | ) | |
| 4. DANIEL MACAULEY, | ) | |
| 5. JOHN MCCARTHY, | ) | |
| 6. JOHN GRAHAM, | ) | |
|   (a/k/a "JG" or "G-Man"), | ) | |
| 7. SCOTT MYERS, | ) | |
| 8. JOSE VEZGA, and | ) | |
| 9. FRANK GIGLIO, | ) | |
| | ) | |
|         Defendants. | ) | |

**THIRD SUPERSEDING INDICTMENT**

**COUNT ONE:**    **(21 U.S.C. § 846 - Conspiracy to Possess With Intent To Distribute and to Distribute Marijuana)**

The Grand Jury charges that:

From a date unknown to the Grand Jury, but no later than in or about August, 2000, continuing until on or about December 1, 2003, at Boston, Somerville, Cambridge, Rockport, and elsewhere, in the District of Massachusetts, and elsewhere,

**9. FRANK GIGLIO,**

defendant herein, knowingly and intentionally combined, conspired, and agreed with others known and unknown to the Grand Jury, to possess with intent to distribute and to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy involved 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance. Accordingly, 21 U.S.C. § 841(b)(1)(B)(vii) is applicable to this count.

All in violation of Title 21, United States Code, Section 846.

## **CRIMINAL FORFEITURE ALLEGATION**
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of committing the offense alleged in Count One of this indictment, in violation of 21 U.S.C. §846 and 841(b)(1)(B) (conspiracy to possess with intent to distribute and to distribute marijuana):

### 9. **FRANK GIGLIO**,

defendant herein, if convicted, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the charged offenses; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense.

All in accordance with Title 18, United States Code, Section 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
RACHEL E. HERSHFANG
PETER K. LEVITT
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; September    , 2005.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK
9/8/05  1:25pm

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**        **Category No.**  II         **Investigating Agency**  DEA

**City**   Boston            **Related Case Information:**

**County** Suffolk           Superseding Ind./ Inf.   X          Case No.  03-10370-DPW
                             Same Defendant _____   New Defendant _____
                             Magistrate Judge Case Number   03-0454-RBC
                             Search Warrant Case Number    03-0455-61, 0477, 0479-84-RBC
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Frank Giglio                    Juvenile:   ☐ Yes   ■ No

Alias Name   _____

Address   _____

Birthdate: _____  SS # _____   Sex: Male   Race: White       Nationalit _____

**Defense Counsel if known:**   Martin Weinberg       Address _____

Bar Number   _____

**U.S. Attorney Information:**

AUSA   Rachel E. Hershfang        Bar Number if applicable  _____

Interpreter:   ☐ Yes   ■ No     List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ■ No

☐ Warrant Requested         ☐X Regular Process        In Custody

**Location Status:**

Arrest Date  _____

  Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ■ Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

■  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   September 2005        Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Frank Giglio _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

js 45 Giglio.wpd - 2/7/02