UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 03-10370-DPW |
|  | ) |  |
|  | ) | VIOLATION: |
| v. | ) |  |
|  | ) | 21 U.S.C. § 844 - |
| JOHN GRAHAM | ) | Possession of marijuana |
|  | ) |  |

### WAIVER OF INDICTMENT

I, John Graham, who is accused of possessing marijuana, in violation of 21 U.S.C. §844, being advised of the nature of the charges and of my rights, hereby agree to waive in open court prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
JOHN GRAHAM

_____
WILLIAM CROWE, ESQ.
Attorney for Defendant

Date: Sept 8 2005