UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL No. 03CR10370-DPW

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN S. GRAHAM | ) |

**DEFENDANT JOHN S. GRAHAM'S MOTION
TO STAY EXECUTION OF SENTENCE AND
<u>ALLOW FOR VOLUNTARY SELF-SURRENDER</u>**

Now comes the Defendant, John S. Graham, in the above-entitled matter and moves this Honorable Court, in accordance with 18 U.S.C.S. § 3143, to stay the execution of the Defendant's sentence if he is to be taken into custody, and allow him to voluntarily self-surrender to the institution designated by the Bureau of Prisons within four (4) weeks. In support of this request, counsel for the Defendant states the following:

1. The Defendant, John S. Graham, is not likely to flee. In addition to his having reported to probation throughout the pre-trial phase of his case, Mr. Graham has a finance and three-year-old child located in Massachusetts, as well as other family members, including his mother and brother. As set forth in the Defendant's sentencing memorandum, the motivation for his plea agreement was the fact that he very much wants to stay in Massachusetts.

2. The Defendant does not pose a danger to the safety of any other person or the community. The Defendant has plead guilty to an offense of possession of marijuana.

3. In accordance with page 63 of the Presentence Report, in the event that this court imposes a term of custody, rather than home detention, the Defendant requests that this Court order that "the defendant self-surrender at the institution designated by the Bureau of Prisons four weeks from the date of imposition of sentence."

WHEREFORE, the Defendant respectfully requests that this Honorable Court approve his request.

                                      Respectfully submitted,
                                      JOHN S. GRAHAM
                                      By his attorney,

                                      _____
                                      William D. Crowe – BBO No. 106960
                                      Adam A. Rowe – BBO No. 634885
                                      CROWE & DUNN
                                      141 Tremont Street, 8th Floor
                                      Boston, Massachusetts 02111
                                      (617) 367-6767

Dated: November 21, 2005