UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>        v.<br><br>DOUGLAS BANNERMAN, et al.,<br>        Defendants. | )<br>)<br>)<br>) CRIMINAL NO. 03-10370-DPW<br>)<br>) <u>Record Owner:</u><br>) Douglas Bannerman<br>)<br>) <u>Property:</u><br>) 23 Pilgrim By-Way<br>) Duxbury, Massachusetts<br>)<br>) <u>Deed:</u><br>) Plymouth County<br>) Book 21938, Page 150<br>)<br>) Registered Land Certificate<br>) No. 101124, Doc. No. 504340 |

## RELEASE OF LIS PENDENS

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby releases the <u>Lis Pendens</u> against the real 23 Pilgrim By-Way, Duxbury, Massachusetts (the "Defendant Property"). For title to the Defendant Property, <u>see</u>, Certificate No. 101124, Document No. 504340, and Book 21938, Page 150 of the Plymouth County Registry of Deeds, a copy of which is attached.

This Release is made by agreement of the parties.

The <u>Lis Pendens</u> was recorded on December 5, 2003, at the Plymouth County Registry of Deeds, a copy of which is attached.

Signed under the pains and penalties of perjury this 10TH day of May, 2006.

                                        MICHAEL J. SULLIVAN
                                        United States Attorney


                                By: _____
                        COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                              Boston

    Then personally appeared the above named Jennifer H. Zacks, Assistant United States Attorney, and acknowledged the foregoing to be true to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

    Subscribed to and sworn before me this 10th day of May, 2006.


                                        _____
                                        Nicole E. Swiec
                                        Notary Public
                                        My commission expires: 2/2/07


SO ORDERED AND ENDORSED:

_____
DOUGLAS P. WOODLOCK
United States District Court Judge

Dated: _____


2