# UNITED STATES DISTRICT COURT

FOR THE     DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA

V.

**SUMMONS IN A CRIMINAL CASE**

**JOHN S. GRAHAM**
56 Coburn Road
Weston, MA 02493

Case Number: 2003-CR-10370-DPW-6

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Rooms |
|---|---|
| UNITED STATES DISTRICT COURT, 1 Courthouse Way, Boston, MA Courtroom 23, 7th Floor. | COURTROOM 23, 7th Floor. |
| | Date and Time |
| Before:    MAGISTRATE JUDGE ROBERT B. COLLINGS | 9/5/06 @ 12:00 PM |

To answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    X Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:    VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

NOREEN A. RUSSO, DEPUTY CLERK      /s/ Noreen A. Russo
Name and Title of Issuing Officer      Signature of Issuing Officer

8/24/06
Date