UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL No. 03CR10370-DPW

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN S. GRAHAM | ) |

**JOHN S. GRAHAM'S ASSENTED TO MOTION TO CONTINUE
HEARING REGARDING REVOCATION OF SUPERVISED RELEASE**

Now comes the Defendant, John S. Graham, in the above-entitled matter and moves this Honorable Court to continue the hearing presently scheduled for September 25, 2006 until a date convenient to the Court subsequent to October 23, 2006.

In support of this motion, counsel for the Defendant states the following:

1    The final hearing regarding the potential revocation of John S. Graham's supervised release is scheduled for September 25, 2006.

2    It has been alleged that Mr. Graham has violated the terms of his supervised release by conduct related to a state OUI charge, which matter is presently pending in the Waltham District Court, Middlesex County, Massachusetts. The Waltham District Court case is scheduled for further hearing on October 23, 2006.

3    It is in the interests of judicial economy that the revocation hearing scheduled for September 25, 2006 in District of Massachusetts (Docket No. 03CR10370-DPW) be rescheduled for a date subsequent to October 23, 2006.

4  The government (Rachel E. Hersfang, AUSA) has assented to this motion.

WHEREFORE, the Defendant respectfully requests that this Honorable Court to reschedule this matter for a date convenient to the court subsequent to October 23, 2006.

Respectfully submitted,<br>
JOHN S. GRAHAM<br>
By his Attorney,<br>
<br>
/s/ William D. Crowe<br>
_____<br>
William D. Crowe – BBO No. 106960<br>
Adam A. Rowe – BBO No. 634885<br>
CROWE & DUNN<br>
141 Tremont Street, 8th Floor<br>
Boston, Massachusetts 02111<br>
(617) 367-6767

Dated: September 22, 2006

## CERTIFICATE OF SERVICE

I, Adam A. Rowe, Esq., hereby certify that I have this 22nd day of September, 2006, delivered a true copy of the foregoing document via first class mail upon the following persons or entities:

Nichole Monteiro, U.S. Probation Officer
Unites States Probation Services
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Rachel E. Hersfang, AUSA
Michael J. Sullivan, United States Attorney
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

/s/ William D. Crowe<br>
_____<br>
William D. Crowe, Esq.